========================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 9:05-CV-1439 (LEK/DEP)

THOMAS SMITH,

        **Plaintiff,**

v.

SERGEANT KING; T. RAMSDELL; L. RUSSELL;
P. BURGESS; B. BROWN; and C. MAINVILLE.

        **Defendants.**

__XX__    JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____    DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, after the completion of a Jury Trial before the Honorable Lawrence E. Kahn on December 04, 2008, the Jury finds in favor of the defendants with a verdict of no cause.  Accordingly, the action is DISMISSED in its ENTIRETY.

DATE: __December 04, 2008__                        ___LAWRENCE K. BAERMAN___
                                                                                       CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**